## Koren, Appellant, *v.* United Steelworkers of America.

Argued October 7, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Herbert B. Lebovitz,* with him *Lebovitz & Lebovitz,* for appellant.

*Morton B. DeBroff,* with him *Leo I. Shapiro,* for appellee.

OPINION PER CURIAM, November 12, 1968:
Judgment affirmed.
Mr. Justice MUSMANNO did not participate in the decision of this case.